

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00286-CV

Toinette **JONES**,
Appellant

v.

**YES HOMESALES EXP, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV02061
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellant because she qualifies as indigent.

SIGNED July 31, 2024.

_____
Irene Rios, Justice